THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN G. GLYNN, Appellant.

Submitted September 10, 2012; decided September 13, 2012

Motion for assignment of counsel granted and Paul V. Mullin, Esq., care of Sugarman Law Firm, LLP, 211 West Jefferson St., Syracuse, New York 13202 assigned as counsel to the appellant on the appeal herein.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKLIN HUGHES, Appellant.

Submitted September 10, 2012; decided September 13, 2012

Motion for assignment of counsel granted and Michael A. Fiechter, Esq., PO Box 1107, Bellmore, New York 11710 assigned as counsel to the appellant on the appeal herein.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR SANTIAGO, Appellant.

Submitted September 10, 2012; decided September 13, 2012

Motion for assignment of counsel granted and Steven Banks, Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.